2010 DEC -3 PM 6: 47

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

UNITED STATES OF AMERICA,

                Plaintiff,

-vs-

JOHN E. GRAY, et al.,

                Defendant.

Case No. 3:09 CR 182

GENERAL VERDICT

KATZ, J.

We, the jury, duly impaneled and sworn, find the defendant, **JOHN E. GRAY**:

**On Count 1 of the indictment (Deprivation of Rights Under Color of Law):** (Circle your response)

    Count 1      GUILTY      **(NOT GUILTY)**

**On Count 2 of the indictment (Deprivation of Rights Under Color of Law):** (Circle your response)

    Count 2      **(GUILTY)**      NOT GUILTY

**On Count 4 of the indictment (Falsification of a Document):** (Circle your response)

    Count 4      **(GUILTY)**      NOT GUILTY

**On Count 5 of the indictment (Falsification of a Document):** (Circle your response)

    Count 5      **(GUILTY)**      NOT GUILTY

**On Count 9 of the indictment (False Statement):** (Circle your response)

    Count 9      GUILTY      **(NOT GUILTY)**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

2010 DEC -3 PM 6: 47

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

UNITED STATES OF AMERICA,

Plaintiff,

-vs-

JOHN E. GRAY, et al.,

Defendant.

Case No. 3:09 CR 182

SPECIAL VERDICT
FOR DEATH-RESULTING
COUNTS

KATZ, J.

We, the jury, duly impaneled and sworn, find as to defendant, **JOHN E. GRAY**, as follows:

**Count 1**

With regard to Count 1 of the indictment, we find that the death of Carlton Benton resulted from the acts that violated 18 U.S.C. § 242. (Circle your response.)

        YES          NO

**Count 2**

With regard to Count 2 of the indictment, we find that the death of Carlton Benton resulted from acts that violated 18 U.S.C. § 242. (Circle your response.)

        YES           NO (circled)

2010 DEC -3 PM 6:48

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

UNITED STATES OF AMERICA,

          Plaintiff,

Case No. 3:09 CR 182

-vs-

GENERAL VERDICT

JOHN E. GRAY, et al.,

          Defendant.

KATZ, J.

We, the jury, duly impaneled and sworn, find the defendant, **ROBERT M. MCBROOM,**

**On Count 8 of the indictment** (Misprision of a Felony; Aiding and Abetting): (Circle your response)

    Count 8        GUILTY    (NOT GUILTY)

**On Count 12 of the indictment** (False Statement):        (Circle your response)

    Count 12      GUILTY    (NOT GUILTY)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

'10 DEC -3 PM 6:48

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

UNITED STATES OF AMERICA,

Plaintiff,

-vs-

JOHN E. GRAY, et al.,

Defendant.

Case No. 3:09 CR 182

GENERAL VERDICT

KATZ, J.

We, the jury, duly impaneled and sworn, find the defendant, **JAMES A. TELB,**

**On Count 8 of the indictment** (Misprision of a Felony; Aiding and Abetting): (Circle your response)

Count 8      GUILTY      (NOT GUILTY)

**On Count 10 of the indictment** (False Statement):      (Circle your response)

Count 10      GUILTY      (NOT GUILTY)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

2010 DEC -3 PM 6:48

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 3:09 CR 182

-vs-

GENERAL VERDICT

JOHN E. GRAY, et al.,

Defendant.

KATZ, J.

We, the jury, duly impaneled and sworn, find the defendant, **JAY M. SCHMELTZ**,

**On Count 3 of the indictment** (Deprivation of Rights Under Color of Law):  (Circle your response)

    Count 3    GUILTY    **(NOT GUILTY)**

**On Count 6 of the indictment** (Falsification of a Document):  (Circle your response)

    Count 6    **(GUILTY)**    NOT GUILTY

**On Count 7 of the indictment** (Falsification of a Document):  (Circle your response)

    Count 7    GUILTY    **(NOT GUILTY)**

**On Count 11 of the indictment** (False Statement):  (Circle your response)

    Count 11    GUILTY    **(NOT GUILTY)**